**Index to Exhibits**

**Memorandum of Law in Opposition to Motion for Preliminary Injunction**

Exhibit A:    Declaration of Julie Orr, dated March 15, 2011.

Exhibit B:    Screen shot from www.denniskunkel.com.

Exhibit C:    Declaration of M. Vicky Hurwitz, dated March 15, 2011.

Exhibit D:    Memorandum dated October 10, 2006 regarding Preliminary Notice of Invitation to Bid.

Exhibit E:    New York City Department of Education Bid Invitation Quotation.

Exhibit F:    Declaration of William Hess, dated March 15, 2011.

# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **TOM BEAN and DENNIS KUNKEL MICROSCOPY, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**PEARSON EDUCATION, INC.**<br><br>Defendant. | No.  CV 11-08030 PCT PGR<br><br><br>**DECLARATION OF JULIE ORR** |

## <u>DECLARATION OF JULIE ORR</u>

I, Julie Orr, hereby declare:

1.     I am currently employed as the Manager, Image Permissions at Pearson Education, Inc. ("Pearson"), a publisher of educational textbooks and other materials.  I have been employed by Pearson since July 9, 2001.

2.     I make this declaration in connection with the above-captioned litigation.  I have personal knowledge of the facts stated herein and if called as a witness would testify to those facts.

3.     In connection with my responsibilities as Manager, Image Permissions, I am aware that Pearson has purchased non-exclusive licenses from Plaintiffs Tom Bean ("Bean") and Dennis Kunkel Microscopy, Inc. ("Kunkel") (collectively "Plaintiffs") or their agents to publish Plaintiffs' stock photographs in certain of its educational publications.

4.     Some of the invoices from Plaintiffs' agents incorporate terms and conditions which include liquidated damages provisions that impose monetary penalties for any unauthorized use of the photographs.  For example, the terms and conditions which apply to invoices from Corbis – one of the agencies that licensed Plaintiffs' photographs to Pearson – provide that Corbis "reserves the right to bill You (and You hereby agree to pay) ten (10) times the license fee for any unauthorized use."

1   5.   Prior to the filing of print overrun lawsuits like the instant action, I am

2   unaware of a single instance in which Bean, Kunkel, or any agencies representing them

3   refused to license a photograph that Pearson has requested.

4   6.   Plaintiffs or their agents licensed stock photographs to Pearson for non-

5   exclusive use.  I am unaware of a single instance in which Bean, Kunkel, or any agencies

6   representing them licensed photographs to Pearson on an exclusive basis.

7   7.   Plaintiffs' licensing fees are based on several parameters, including the

8   format of the publication, the size of the photograph to be produced, and the number of

9   copies to be produced.  The average license fee Pearson paid for the use of Bean's

10   photographs was $180 per photograph.  The average license fee Pearson paid for the use

11   of Kunkel's photographs is between $250 and $350 per photograph.

12   8.   Pearson's textbooks contain hundreds of photographs.  In general, only a

13   handful of Plaintiffs' photographs are typically included in any one publication, and the

14   photographs usually amount to only a fraction of a page in a several-hundred-page

15   textbook.

16   9.   In August 2009, Kunkel first approached Pearson regarding the allegations

17   of copyright infringement concerning certain photographs licensed to Pearson.

18   10.   On December 15, 2010, Pearson and Kunkel executed a Settlement Release

19   and License Agreement pursuant to which Kunkel released all claims concerning

20   photographs licensed to Pearson during the preceding six years.  The Settlement Release

21   and License Agreement contains a confidentiality provision, and it is my understanding

22   that a true and correct copy of the agreement is being submitted to the Court under seal.

23   11.   As part of this settlement, Kunkel granted Pearson a "retroactive, continuing

24   and future, world-wide royalty free right and license" to reproduce the photographs

25   subject to the agreement.

26   12.   Bean granted Pearson permission to include his image in the *Science*

27   *Explorer* textbook in North America.

28   13.   Pearson currently is taking steps to ensure that Plaintiffs' photographs are

2

removed from future editions.

I declare under penalty of perjury in accordance with 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this _15th_ day of March 2011.

_____

JULIE ORR

# EXHIBIT B

# Dennis Kunkel Microscopy, Inc.
## Science Stock Photography

**Home** | **Assignment Photography** | **Video and Animation** | **About Dennis Kunkel** | **Contact Us** | **Light Box**

Education Site

**Quick Search**

[Search]

Find images by keyword
**Advanced Search**

**Latest Scientific Stock Photography Images October 2010**

**Log In**

E-mail address:

Password:

(Forgotten it?) [Log In]

Create an Account
(to save a light box)

Education Site

**More Information**

Site Map
How to Use This Site
Light Box Information
Image Use
Delivery
Privacy Policy
Spamming-We Don't Do It
Products
MicroAlien Ware™ Science Store:
Microscopic World 2011 Calendar



Microscopic World Science Poster



**Light Box**                    ⇨

no images

# Image Use (Rights Managed)

All Images and text appearing on the Dennis Kunkel Microscopy, Inc. web site are the exclusive property of Dennis Kunkel Microscopy, Inc. / Dennis Kunkel and may not be reproduced, copied or manipulated in part or entirety without written permission from Dennis Kunkel and payment of a license fee. All images are protected under United States and international copyright laws. No image on this site is within public domain. Images are protected by a Digimarc watermark. This watermark is detectable in any type of reuse or reproduced image (web, print, etc.) from this web site and allows detection of copyright violation.

## * * * Unauthorized Use Strictly Prohibited * * *

### Stock Use

Images on this web site and in the Image Library may be licensed for non-exclusive use subject to a usage rights agreement and payment of a license fee. License fees are based on several parameters such as media, size, and exposure. Each licensed image must have our copyright (© Dennis Kunkel Microscopy, Inc.) displayed with it. You may search for images by using the "Advanced Search page."

### Education Use

Images on this web site and in the Image Library are copyrighted by Dennis Kunkel Microscopy, Inc. Under special circumstances students and educators may use copyrighted images for classroom projects only with prior written permission from Dennis Kunkel. You may use the special "Education Site Image Library and obtain permission for classroom use by submitting your request from the education web site light box. To visit the education site, please click on this link - Are You a Student or Educator?

### Licensing

Stock images in the Dennis Kunkel Microscopy, Inc. Image Library may be licensed for use under the following conditions:

1. License rights statement or contract between Dennis Kunkel Microscopy, Inc. and licensee. Specific information on: format of use, size of use, copies produced, and duration of use must be supplied for arrangement of a license agreement.
2. Payment of a license fee.

**Category Listings**

Image Category Listings at a glance
Algae
Arachnids
Bacteria
Crystals
Fungi & Slime Molds
Insects
Medical
Misc. Invertebrates
Misc. Vertebrates
Miscellaneous
Plants
Protozoa
Viruses

3.  Display of a Copyright designation next to all licensed images.

[Home]

---

**Home » Image Use**                                                    **Light Box**

Copyright © 2009 Dennis Kunkel Microscopy, Inc. and other copyright holders. All rights reserved, protected under U.S. Copyright. No images or graphics on this site may be used without written permission of their respective owners. For licensing, contact Dennis Kunkel (scientific stock photography, science images, science stock photography, electron microscopy images, biomedical microscopy photos, microscopic pictures, microscope photos).

# EXHIBIT C

<table>
<tr><td colspan="2" align="center">UNITED STATES DISTRICT COURT</td></tr>
<tr><td colspan="2" align="center">DISTRICT OF ARIZONA</td></tr>
</table>

| | |
|---|---|
| **TOM BEAN and DENNIS KUNKEL MICROSCOPY, INC.,** | No.  CV 11-08030 PCT PGR |
| Plaintiffs, | |
| v. | **DECLARATION OF M. VICKY HURWITZ** |
| **PEARSON EDUCATION, INC.** | |
| Defendant. | |

## DECLARATION OF M. VICKY HURWITZ

I, M. Vicky Hurwitz, hereby declare:

1.      I am currently employed as Vice President of Sales Strategic Planning at Pearson Education, Inc. ("Pearson"), a publisher of educational textbooks and other materials.  I have been employed by Pearson since June 1, 1996.

2.      I make this declaration in connection with the above-captioned litigation.  I have personal knowledge of the facts stated herein and if called as a witness would testify to those facts.

3.      In connection with my responsibilities as Vice President of Sales Strategic Planning, I am aware that states, school districts, or other educational authorities require that instructional materials satisfy specific state academic standards and reflect other state- or district-specific criteria.

4.      Many states use a highly regulated "adoption" process to identify a list of approved publishers to contract with for purchase of textbooks for a term of several years. These states frequently require educational publishers to submit bids to furnish textbooks twelve to eighteen months in advance of the purchase date, and publishers generally begin compiling and editing textbooks twelve to eighteen months in advance of the bidding process.  Often, schools in "adoption" states are restricted to purchasing textbooks from a limited list of approved publishers.

5.     Similarly, states that do not use the "adoption" process often select textbooks from particular publishers for a term of several years.

6.     Pearson's contracts with states and school authorities often require approval by the state and/or school district before certain changes can be made to adopted instructional materials.  Such contracts may limit Pearson's ability to replace photographs in textbooks that have already been adopted by schools.

7.     Pearson designs and develops its instructional textbooks in accordance with these specific state and local curriculum standards and, when bidding to furnish textbooks, may represent that it can provide an adequate ongoing supply of those textbooks for the duration of the contract period.

8.     Pearson's contracts with educational authorities often require it to maintain certain inventory levels and ensure timely delivery of publications throughout the entire contract period.

9.     The contracts impose penalties for any failure to satisfy these requirements, ranging from monetary penalties to forfeiture of existing contracts and prospective rights to conduct business with particular educational authorities.

10.     Entry of a preliminary injunction that would halt the distribution of textbooks could result in penalties to Pearson for failure to satisfy its duties owed to educational authorities, including the loss of prospective contracts with those authorities.

11.     In addition, the proposed preliminary injunction threatens Pearson's goodwill with educational authorities, jeopardizes its ability to continue conducting business with states and school districts, and would jeopardize millions of dollars of revenue attributable to content other than Plaintiffs' photographs, causing substantial irreparable harm to Pearson.

12.     The proposed preliminary injunction would impair Pearson's ability to fulfill its contractual obligations and the expectations of schools with respect to the supply of textbooks.

13.     The proposed preliminary injunction also threatens to restrict schools'

2

1    choices with respect to educational textbooks and other materials because, if a publisher

2    were unable to satisfy its obligations under its contract with an "adoption" state, even for a

3    short period, that state's schools could be restricted in their choices for substitute

4    educational materials.

5          I declare under penalty of perjury in accordance with 28 U.S.C. § 1746 that the

6    foregoing is true and correct.

7          Executed on this 15ᵗʰ day of March 2011.

9                            _M. Vicky Hunzdt_

10                            [NAME]

# EXHIBIT D



| PHIL BREDESEN | STATE OF TENNESSEE | LANA C. SEIVERS, Ed.D. |
|---|---|---|
| GOVERNOR | **DEPARTMENT OF EDUCATION** | COMMISSIONER |

STATE OF TENNESSEE
**DEPARTMENT OF EDUCATION**
5ᵗʰ FLOOR, ANDREW JOHNSON TOWER
710 JAMES ROBERTSON PARKWAY
NASHVILLE, TN 37243-0375

# M E M O R A N D U M

**TO:**         Publishers Interested in Bidding Textbooks

**FROM:**      Pamela Smith, Director
              Office of Textbook Services

**DATE:**      October 10, 2006

**RE:**         Preliminary Notice of Invitation to Bid

On or about January 7, 2007, the State Textbook Commission expects to issue an **INVITATION TO BID** textbooks for the contract period June 1, 2008, through June 30, 2014`. The subject areas to be bid are: **Social Studies & History - Elementary:** Integrated Social Studies Grades R/1-5, Integrated Social Studies - Grades 6 **Social Studies & History - Middle School:** Geography, American History **Social Studies & History - Grades 9-12:** African American History, Ancient History, Anthropology, Contemporary Issues, Economics, European History, Modern History, Psychology, Sociology, United States Government, United States History, World Geography, World History. (See the attached TB-FORM I.) We will be interested in alternative level texts for both high and low ability levels as well as standard basal texts, in print or technology-dependent formats.

**Please note that the current textbook contract forbids the assignment of the contract to another publisher without the prior approval of the Commissioner of Education and that the publisher initially bidding the program remains responsible for the program. Also note that the bid deposit to be filed with your official bid in March has been raised to $1,000 per book, up to a maximum $10,000 deposit for any one bid. Since the last Section VI adoption, a new scale for the performance bond to be filed with the contracts of successful bidders has been promulgated. That scale, with a new maximum of $1,000,000, is available at the following Web site.**

            http://www.state.tn.us/sos/rules/0520/0520-05/0520-05-01.pdf

**Because Tennessee statutes require that the bid bond be forfeited for any publisher who fails to execute a contract and full seventy-three month performance bond within thirty days of the award, you are strongly advised to determine your company's ability to secure such bond before filing a bid. Each item bid with a separate price will be counted as a "book" in determining the amount of the performance bond.**

The State Board of Education has adopted a rule requiring publishers of adopted bound-print textbooks to provide, upon request, electronic files from which Braille versions of the textbook may be produced. See rule 0520-1-2-.15 at the following Web site.

http://www.state.tn.us/sos/rules/0520/0520-01/0520-01-02.pdf

This requirement will be stipulated in the official bid form and contract.

The State Textbook Commission defines "textbook" as any medium or manual of instruction which contains a systematic presentation of the principles of a subject and which constitutes a major instructional vehicle for that subject. Tennessee statutes require that a physical specimen of any program listed be filed with the secretary of the Commission and kept on file for the duration of the contract.

In order to facilitate the planning for our review process, the essential information for each series or program to be bid should be provided in the designated column on the attached Intent to Bid form. For any program still in development, the projected completion date for the last item to be bid for sale and the projected completion date for the last item to be provided free with the program should be entered in the last two columns of the form. (Completion date refers to the date when that item will be available in the form in which it will be distributed to school systems.) It is not necessary to list ancillaries on the intent to bid.

The Commission has adopted the 2002 **MANUFACTURING STANDARDS AND SPECIFICATIONS FOR TEXTBOOKS (MSST),** available from the Advisory Commission on Textbook Specifications, Two Armand Beach Drive, Ste. 1B, Palm Coast, FL 32137-2612, (386) 986-4552 or Info@BMIBook.com. We will consider a replacement warranty for books not built to the **MSST** and for components not meeting an industry standard identified in the Electronic Media Manufacturing Standards of the 2002 **MSST.**

The attached **TB-FORM PG** summarizes the requirements involved in bidding titles to be included in the **OFFICIAL LIST OF TEXTBOOKS.** Complete forms and details for the requirements will be included in the **INVITATION TO BID.** Bidders should plan to have a representative present for each of the events in bold on the attached **TENTATIVE TENNESSEE TEXTBOOK ADOPTION SCHEDULE 2007-08.**

Refer to **FORM-I** for information on curriculum standards and State Department of Education consultants. Information on the format for any required correlations will be provided later. Programs bid will be expected to address the current research in teaching as well as any pertinent national standards.

To remain on the mailing list to receive a copy of the **INVITATION TO BID,** complete and return the attached intent to bid forms (cover sheet and body), along with the **Publisher Information Sheet** and **TB-FORM PG,** to my attention at the following address by December 10.

> Pamela Smith, Director
> Office of Textbook Services
> Tennessee Department of Education
> Fifth Floor Andrew Johnson Tower
> 710 James Robertson Parkway
> Nashville, TN 37243-0379

Information from these preliminary bids will be used to plan our review process. Please be as accurate and specific as possible in your projections. If you need additional information please contact me by phone, (615) 253-3160, or e-mail, Pamela.Smith@state.tn.us.

Attachments



TB-Form I

Section IV
Categories to Be Bid

| Category Numbers | | Units Sold 2000-2004 |
|---|---|---|
| | **Social Studies & History – Elementary** | Redacted |
| 01 | Integrated Social Studies Grades R/1-5 | |
| 02 | Integrated Social Studies - Grades 6 | |
| 001 | **Alternative** Social Studies/History- Elementary | |
| 011 | **Co Basal** Social Studies/History- Elementary | |
| | | |
| | **Social Studies & History – Middle School** | |
| 002 | Geography | |
| 003 | American History | |
| 004 | **Alternative** Social Studies/History Middle School | |
| 044 | **Co Basal** Social Studies/History Middle School | |
| | | |
| | **Social Studies & History – Grades 9-12** | |
| 100 | African American History | |
| 105 | Ancient History | |
| 110 | Anthropology | |
| 115 | Contemporary Issues | |
| 120 | Economics | |
| 125 | European History | |
| 130 | Modern History | |
| 135 | Psychology | |
| 140 | Sociology | |
| 145 | United States Government | |
| 150 | United States History | |
| 155 | World Geography | |
| 160 | World History | |
| 003 | **Alternative** Social Studies/History Grades 9-12 | |
| 033 | **Co Basal** Social Studies/History Grades 9-12 | |

For the latest information on content standards for Social Studies, please visit the TN Department of Education website: http://www.state.tn.us/education/ci/standards/index.php (Social Studies Area) *or* contact: Connie Mayo, Director, Elementary Education 615-532-6261, connie.mayo@state.tn.us *or* Brenda Ables, Social Studies Consultant, 615-741-5273, Brenda.ables@state.tn.us .

For information regarding the adoption process, please contact:
Pamela smith, Director, Office of Textbook Services, 615-253-3160, pamela.smith@state.tn.us

The State Textbook Commission hereby issues an invitation to bid instructional materials for Social Studies (Section IV) of the **OFFICIAL LIST OF TEXTBOOKS**. The Commission has adopted the following broadened definition of textbook.

ED-5078



TB-Form I

Bids will be accepted for instructional materials using the following selection classifications and method(s) of delivery:

**Basal Text** - This designation identifies an on-level program adopted by the local school district for use at a particular grade level(s) in social studies. *The basal should address the standards, learning expectations and performance indicators of the state curriculum, cover the stated time period and maintain historical accuracy.* The basal program is the one that local boards of education are encouraged to adopt and make available for most students.

**Co-Basal Text** – This designation identifies a program which addresses one or more elements of the social studies curriculum, *but which also fails to address other elements of the state social studies curriculum.* Systems may adopt a co-basal for use as a supplement to address certain *elements of the social studies curriculum. This category would include maps, globes and supplementary social studies materials which are not a part of a basal text program.* Each element addressed in the co-basal program must meet the same research standards as the basal programs. Co-basal texts cannot be purchased as a primary resource for instruction.

**Alternative Level Text** - This designation may be used to identify texts adopted by a local school district to address the needs of students not on grade level. Such books are designated as *"Alternative Level-Low"* or *"Alternative Level-High."* These books may be purchased in lieu of the basal text for a limited number of students. Local systems do have the option of adopting a book or series as an alternative level text even though it has not been so designated in the official list. Alternative level programs should meet the same scientifically based research standards as the basal programs.

**METHOD OF DELIVERY**

**Technology Dependent** –This designation identifies a program which requires technological hardware, software, and/or infrastructure for its implementation. Local school systems adopting these programs are responsible for determining the necessary platforms and infrastructure to support these programs and for providing the technology necessary to deliver instruction.

**Traditional** – Programs that may use a variety of delivery methods and that are not exclusively dependent on technology.

TENTATIVE
TENNESSEE TEXTBOOK ADOPTION SCHEDULE
2006-08

| | |
|---|---|
| Nov. 14, 2006 | Preliminary Notification of Invitation to Bid |
| Dec. 12, 2006 | Intent to Bid Due |
| Jan. 9, 2007 | Official Notification of Invitation to Bid |
| Jan. 24, 2007 | Pre-Bid Conference |
| Mar. 1, 2007 | Deadline for Delivery of OFFICIAL BIDS |
| Mar 7-8, 2007 | Meeting of Committee to Select Reviewers |
| Mar. 8-9, 2007 | Meeting of State Textbook Commission to Approve Review Process, Consider Substitutions of Newer Editions |
| June 11-15, 2007 | STC Meeting/Textbook Review Committee Orientation/Publisher Hearings |
| June 29, 2007 | Deadline for Delivery of Official Sample Textbooks |
| June 29, 2007 | Deadline for Delivery of Sample Textbooks to Textbook Review Committee |
| June 29, 2007 | Deadline for Delivery of Sample Textbooks to State Textbook Commission and District Textbook Collections |
| July 23-27, 2007 | Textbook Review Committee Debriefing |
| August 16-17, 2007 | First Social Studies Adoption List (Abstract) State Board of Education Meeting |
| Aug. 24, 2007 | Deadline for Amendments to Free Materials Offerings |
| Sept. 1, 2007 | Deadline for Written Response to Reviews to Be Delivered to Commission Members, the Office of Textbook Services, and the Textbook Review Committee |
| Sept. 10-11, 2007 | STC Meeting/Publishers' Hearings |
| Sept. 28, 2007 | Conditional Deadline for Delivery of Selected Official Samples |
| Oct. 4-5, 2007 | Meeting of State Textbook Commission to Recommend Books for Section IV and to Approve the Invitation to Bid for Section III |
| Oct., 25-26, 2007 | Final Reading Section IV Social Studies Adoption List (Official) State Board of Education Meeting |
| Nov. 6, 2007 | OFFICIAL LIST OF TEXTBOOKS to Local School Systems |
| Jan. 6, 2008 | Deadline for Samples to be Delivered to Local School Systems |
| Jan. 15 through - April 13, 2008 | Period for Local Textbook Hearings |
| April 23, 2008 | Deadline for Filing Local Adoption Report |

Name of Publisher _____

Section V

TENNESSEE
STATE TEXTBOOK COMMISSION

INTENT TO BID

Rev. 10/01

| Category # | Series/Title, Author, Edition and Copyright Date | Grade Levels | Projected Completion Date for Last Component to be Bid for Sale | Projected Completion Date for Last Component to be Provided Free |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TB-FORM PCB

ED-5078

Page____ of ____



TB-FORM-PG

## CHECK SHEET TO ACCOMPANY INTENT TO BID

RETURN TO:   Director, Office of Textbook Services
State Textbook Commission
Fifth Floor, Andrew Johnson Tower
710 James Robertson Parkway
Nashville, Tennessee 37243-0379

### IN ORDER TO PARTICIPATE IN YOUR ADOPTION PROCESS, OUR COMPANY IS COMMITTED TO:

_____   File Intent to Bid **BY DECEMBER 12, 2005.**

_____   File an official bid **BY MARCH 3, 2006,** along with a cash bond of $1,000 per book up to a maximum $10,000.

_____   According to a specified format, provide a correlation of our programs to the appropriate state and national standards.

_____   Provide a presentation of our programs to the State Textbook Commission in June 2006.

_____   Submit by June 30, 2006, an official sample and approximately 25 evaluation samples for each title bid.  These samples will not be returned.

_____   Execute a replacement warranty for books not built to the **Manufacturing Standards and Specifications for Textbooks** and for components not meeting an industry standard identified in the Electronic Media Manufacturing Standards of the 2002 **MSST.**

_____   Respond to your reviews of our programs in writing and orally in public hearings in September 2006.

_____   Upon award of contract, provide books at the bid price for the seventy-three month period beginning June 1, 2007.  Contracts must be accompanied by a performance bond ranging from $50,000 to $1,000,000 for the full seventy-three month period.

_____   Furnish to the State Department of Education, the American Printing House for the Blind, or a national repository, within 60 days of a request, electronic computer text files from which applicable Braille versions of any bound print title bid may be produced.

_____   By January 6, 2007, provide from 1-5 copies of returnable samples of each title bid for review by adoption committees in each of 136 school systems.  These samples remain the property of the publisher.

_____   Consign a sufficient number of titles to meet the needs of local school systems to a designated depository in or near Nashville, Tennessee.

_____   Present approved books to approximately 75 local school system adoption committees between January 15, 2007 and April 4, 2007.  (Optional)

| | |
|---|---|
| | _____ |
| | **Publisher** |
| **BY:** | _____ |
| | _____ |
| | **Position** |

ED-5078

TB-Form PCC

Page 0 of _____

Tennessee State Textbook Commission
Fifth Floor Andrew Johnson Tower
Nashville, Tennessee 37243-0379

## INTENT TO BID

## CERTIFICATE

We _____, Publisher, hereby state and certify that titles set forth herein for the list of books bid accurately represent our bid for textbooks to be used within the State of Tennessee for a period of seventy-three months beginning June 1, 2008 and ending June 30, 2014, and if such bid list is accepted, in whole or in part, we agree to enter into contract with the State of Tennessee to furnish the book(s) approved by the State Textbook Commission for inclusion on the Official List of Textbooks herein listed at the price to be set forth in our official bid. We further agree to furnish to the State Department of Education, the American Printing House for the Blind, or a national repository, within 60 days of receipt of a request, electronic computer text files from which applicable Braille versions of any bound print title bid herein may be produced.

PUBLISHER NAME _____

ADDRESS _____

CITY, STATE, ZIP _____

PHONE _____

BY _____

DATE _____   TITLE _____

**The State Textbook Commission reserves the right to reject any and all bids.**

ED-5078

## Publisher Information Sheet
Attach additional sheet(s) as needed.
Please provide contact information for <u>EVERY</u> position, including instances
where one person has more than one responsibility.

**OFFICIAL DESIGNATION OF FIRM:** _____
*PLEASE INCLUDE STREET ADDRESS, CITY, STATE, ZIP, AND AREA/CODE/TELEPHONE, FAX AND E-MAIL
ADDRESS FOR THE FOLLOWING*:

**PRESIDENT:**                                **VICE PRESIDENT:**

_____          _____

_____          _____

TELEPHONE/EXTENSION:                      TELEPHONE/EXTENSION:

FAX:                                       FAX:

E-MAIL ADDRESS:                            E-MAIL ADDRESS:

**BID MANAGER:**                           **CONTRACT MANAGER:**

_____          _____

_____          _____

TELEPHONE/EXTENSION:                      TELEPHONE/EXTENSION:

FAX:                                       FAX:

E-MAIL ADDRESS:                            E-MAIL ADDRESS:

**REGIONAL MANAGER:**                      **CONTACT FOR LOCAL SAMPLE REQUESTS:**

_____          _____

_____          _____

TELEPHONE/EXTENSION:                      TELEPHONE/EXTENSION:

FAX:                                       FAX:

E-MAIL ADDRESS:                            E-MAIL ADDRESS:

**LOCAL REPRESENTATIVE:**                  **LOCAL REPRESENTATIVE:**

_____          _____

_____          _____

TELEPHONE/EXTENSION:                      TELEPHONE/EXTENSION:

FAX:                                       FAX:

E-MAIL ADDRESS:                            E-MAIL ADDRESS:

**Prepared by:** _____

ED-2255

# EXHIBIT E

# THE NEW YORK CITY



# DEPARTMENT OF EDUCATION

## BID INVITATION-QUOTATION

**DIVISION OF CONTRACTS AND PURCHASING**
**65 COURT STREET – ROOM 1202**
**BROOKLYN, NY 11201**
**(718) 935-5023**

**JASON HENRY**
**CHIEF ADMINISTRATOR OF REGIONAL**
**AND SCHOOL BASED PROCUREMENTS**

SEALED BIDS FOR FURNISHING SUPPLIES OR SERVICES, SUBJECT TO TERMS AND CONDITIONS OF THIS BID INVITATION-QUOTATION WILL BE RECEIVED BY THE DIRECTOR, DIVISION OF CONTRACTS AND PURCHASING ROOM 1202 65 COURT STREET, BROOKLYN, NEW YORK 11201

ACCEPTING BIDS UNTIL 5:00 P.M. ON OCTOBER 11, 2007.

BID OPENING WILL BE HELD ON OCTOBER 12, 2007 AT 11:00 A.M.

**NO LATE BIDS WILL BE ACCEPTED**

**TITLE: Z0397 – Pearson Software**

**FOR DELIVERY TO:**

**VARIOUS LOCATIONS.**

BIDDERS ACCEPTANCE *TO BE FILLED OUT BY BIDDER

UPON THE ACCEPTANCE OF THIS BID THE UNDERSIGNED OFFERS AND AGREES TO FURNISH AND PLACE WHERE DIRECTED BY PRINCIPAL OR OTHER AUTHORIZED PARTY   ALL OF THE ITEMS ON WHICH PRICES ARE QUOTED AT THE PRICE SHOWN OPPOSITE EACH ITEM IS SUBJECT TO ALL TERMS AND CONDITIONS CONTAINED AND ENDORSED HEREIN.   PRICES ARE NET AND INCLUDE PAYMENT BY THE VENDOR OF ALL TRANSPORTATION AND OTHER CHARGES.  DELIVERY IS REQUIRED WITHIN 15 DAYS UNLESS OTHERWISE SPECIFIED. **30 DAYS AFTER RECEIPT OF ORDER UNLESS ORDER IS MORE THAN 500 UNITS, THEN 60 DAYS AFTER RECEIPT OF ORDER IS REQUIRED.**

**PLEASE PRINT:**

BIDDER     Pearson_Education, Inc. publishing as Prentice Hall
_____
**COMPANY NAME**

ADDRESS     1 Lake Street
_____

Upper Saddle River, New Jersey   07458
_____

BY_____ DATE _____
        (Signature)                                    (Title)

TELEPHONE NUMBER 973/208-3139  FAX NUMBER 973/208-3139

E-MAIL ADDRESS    linda.osbun@pearson.com

| Buyer NO. **C7** | OMA NO. Z0397 | BUYERS NAME **Kay Robbins** | BUYERS PHONE NUMBER 718 935-5023 |
|---|---|---|---|

(FOR USE BY DIVISION OF CONTRACTS AND PURCHASING)

NUMBER OF INVITATIONS _____  NUMBER OF BIDS RECEIVED_____

THIS ESTIMATE IS ACCEPTED AND AWARD MADE TO LOWEST BIDDER WHO COMPLIED WITH SPECIFICATIONS. PRICES  QUOTED ARE DEEMED REASONABLE AND FAIR  AND ARE NOT IN EXCESS OF CURRENT MARKET PRICES

_____
                                    Buyer's Signature

**OMA Z0397**                                                        **GROUP NUMBER 004**

### SPECIAL INSTRUCTIONS TO BIDDERS

**ALL BIDS MUST BE COMPLETED IN INK.** ALL MODIFICATIONS TO THIS PROPOSAL MUST BE LEGIBLY PRINTED UNDER SEPARATE COVER WITH REFERENCE TO THE ORIGINAL PAGE, PARAGRAPH AND/OR ITEM NUMBER. THE MODIFICATIONS SHALL BE SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE BIDDER, AND MUST BE SUBMITTED PRIOR TO THE BID OPENING.

THE NEW YORK CITY PUBLIC SCHOOL SYSTEM RESERVES THE RIGHT TO REJECT ANY BID FROM A VENDOR WHOSE BID IS SUBMITTED IMPROPERLY, UNINTELLIGIBLE, OR INCOMPLETE.

**ALL BIDDERS MUST INCLUDE A MANUFACTURER'S CERTIFICATE FOR EACH PRODUCER THEY BID ON.**

**WITHDRAWAL OF BIDS:** After the opening of bids, a request by a Bidder to the Department of Education for consent to the withdrawal of his/her bid because of error made by said bidder, will be considered only under the following terms and conditions:

1. Request to withdraw bid must be in writing, addressed to the Director, Regional and School Base Procurements, Division of Contracts and Purchasing and must give reasons for the request.
2. Request may be faxed, but a hard copy must be sent by certified mail and must be postmarked no later than 72 hours following the opening of bids.
3. The Director, Regional and School Base Procurements, Division of Contracts and Purchasing will make the determination with respect to the request for the withdrawal of Bid and her determination shall be final.
4. Bidders requesting consent to the withdrawal of bids shall appear and testify under oath if requested to do so by the Director, Regional and School Base Procurements, Division of Contracts and Purchasing and shall make available to the Director, Regional and School Base Procurements, Division of Contracts and Purchasing all worksheets, summary sheets, and other data required by said committee as pertinent to its inquiry. Failure to appear or to make available data as required by the Director, Regional and School Base Procurements, Division of Contracts and Purchasing will result in refusal of consent to the withdrawal of bids.

Whenever any bidder requests the consent of the Department of Education to the withdrawal of his/her bid the Department of Education may grant such request in any case which it deems just and proper, but such request shall be made and such consent to withdrawal shall be accepted by the bidder upon the express condition that said bidder shall be excluded from bidding again on the re-advertisement of bids for the same item or proposal. Should any bidder request the withdrawal of more than one bid in any twelve month period, he/she shall be disqualified from bidding on Department of Education work for a period of one year from the date of the second request.

**INTENT AND SCOPE:** This is an Open Market Agreement and is intended to cover requirements for the Educational Software titles based upon a percentage discount from Producer's end-user's catalog list price as published by recognized producers of items listed in the schedule herein which may be required by all the schools and offices, etc., under the jurisdiction of the Department of Education of The City of New York.

**COMPLIANCE WITH LAWS:** In connection with the performance of this Agreement, the Contractor shall comply with all applicable laws, rules and regulations. The parties hereto agree that every provision of law required to be inserted herein be deemed a part hereof. It is further agreed that if any such provision is not inserted or is incorrectly inserted, through mistake or otherwise, this Agreement shall be deemed amended so as to comply strictly with the law.

**CONTRACT PERIOD:** The proposed contract is for the period commencing with the execution of the contract by the Department of Education and will expire on November 30, 2009 or with the expenditure of $99,999 whichever comes first.

**All discounts, terms and conditions are to remain unchanged throughout the total contract period.**

OMA Z0397

GROUP NUMBER 004

**BIDDER'S QUOTATION:** Bidders are required to insert in _ink_ (the use of pencils to fill out the bid documents may result in rejection of bid) on the schedule included, the unit price for the stated unit of measure and the total price for each item which the bidder proposes to furnish and deliver.  In the event of a discrepancy between the unit price and the extension, the unit price will govern.  **Bidders who alter prices including cross-outs and white outs or change prices inserted under unit price must submit with their bids a letter attesting to the fact that the changes were made by said bidder.  Failure to do so may result in rejection of bid.**

The Board of Education of the City of New York is exempt from the payment of any federal, state and city taxes or excise taxes.  All prices quoted must be net and not affected by the imposition of any federal, state and city sales or excise taxes or fees during the term of this contract.

All prices quoted must include inside delivery charges incurred for shipments made within the five boroughs of the City of New York.  In the event merchandise is to be delivered to schools or offices outside the limits of the City of New York, shipment shall be made f.o.b. bidder's place of business with transportation charges prepaid and added to the invoice.

**CONTRACT EXTENSION:** The Department, at its sole option may further extend this agreement for a final period of up to one hundred eighty (180) days, if the Director, Regional and School Base Procurements, Division of Contracts and Purchasing, or designee, shall so notify the contractor by written notice, via certified mail.  Any purchase order issued prior to the final expiration of contract will remain in force and be subject to the terms and conditions stated herein.

**TERMINATION OF CONTRACT:** Any contract or any portion resulting from this bid may be terminated at any time, upon thirty (30) day written notice, via certified mail by the Director, Regional and School Base Procurements, Division of Contracts and Purchasing.  In the event of termination, the contractor will complete delivery and the Department will receive deliveries of any orders, which have been issued to the contractor prior to the date of termination.

**PAYMENT POLICY:** THE CHANCELLOR HAS MADE PROMPT VENDOR PAYMENT AN ADMINISTRATIVE PRIORITY OF THE DEPARTMENT OF EDUCATION.  SUBSTANTIAL EFFORT WILL BE MADE TO ASSURE THAT ALL BILLS ARE PAID PROMPTLY.

~~**DISCOUNT FOR PROMPT PAYMENT:** Award, if made, will be in accordance with terms and conditions stated herein. However, the DEPARTMENT of EDUCATION reserves the right to deduct two percent (2%) from the prices quoted herein if payment is mailed within thirty (30) days from receipt, acceptance of delivery and proper invoice with sufficient information to initiate payment.~~

**30 days.  If order is more than 500 units, then 60 days after receipt of order will be required.**

**DELIVERY:** The time determined for delivery of the items shall be within/ ~~fifteen (15) consecutive calendar days~~ after receipt of order.  All deliveries must be made inside the building and placed as directed by either school principal or person in authority.  No assistance will be provided by Department of Education Personnel. The New York City Public School System consists of approximately 1600 schools and approximately 200 administrative offices throughout the five boroughs. Note: There are approximately 550 Department of Education locations that have no elevator service. Vendors are required to deliver to any floor at no additional cost to the Department of Education.

**PRICE REDUCTION:** If at any time during the contract period the price of any approved item(s) of the successful bidder shall be reduced the Department of Education shall be entitled to such reduced price on the effective date of such reduction. The successful bidder shall immediately contact the Department of Education with confirmation of such a reduction. Regardless whether such notice is sent by the successful bidder or received by the Department of Education from another source, this contract shall be deemed amended retroactively to the effective date of such a price reduction.

**VOLUNTARY PRICE REDUCTION:** The Department of Education reserves the right to request Voluntary Price Reductions in the event that any of the price(s) quoted is deemed high on individual item(s) within an Aggregate Class or individual items.

**BIDDER'S QUALIFICATIONS:** Bids will be accepted ONLY from firms actively engaged in the manufacture or sale of the commodities specified in the proposal.  Bidder must have adequate equipment and organization to insure prompt and efficient service to the Department of Education.  The Director, Regional and School Base Procurements, Division of Contracts and Purchasing, reserves the right before making an award to inspect the bidders and/or subcontractors premises to determine if the location, facilities and equipment comply with the conditions of the proposal and to take any other action necessary to determine fitness, reliability and ability to perform.

3

OMA Z0397                                                                                                    GROUP NUMBER 004

(a) Adequate equipment, organization and service as determined by stock of the equipment, accessories and/or supplies regularly maintained in bidder's place of business and adequate personnel which will ensure prompt, efficient delivery and support as required.

(b) References - may be requested attesting to vendor's reliability and ability in performance of contracts of similar size and scope.

(c) Financial Statements - balance sheet and profit and loss statements of company's operations for the past three (3) years or the number of years in business, if less, with an acceptable certification by a Certified Public Accountant recognized by the State of New York or any other licensing authority noted thereon.

**NO BID WILL BE CONSIDERED FROM ANY BIDDER NOT MEETING ALL THE SPECIFICATIONS AND REQUIREMENTS STATED HEREIN.**

**MINIMUM DOLLAR QUANTITIES:** Contractor(s) **will be** obligated to ship merchandise to any one delivery point (F.O.B Delivery Point) where the net value of the order is $25 or greater, unless otherwise stated.

**AWARD:** Award if made will be to the responsible bidder(s) offering the greatest discount from Producer/Licensee's catalog or price list. The Department of Education reserves the right to make awards for any complete catalog, or for a partial amount of any catalog, whichever is deemed in the best interest of the Department of Education. Also, the Department of Education reserves the right not to make an award if a percentage discount is less than 20% on each product line or item. All percentage discount must be 20% or greater. **All prices in our catalogs reflect approximately a 25% educator's discount, except where noted by \*\*.**

The Department of Education reserves the right to reject any or all bids or to accept any part of any bid and reject the other part, if in its opinion such action would be in the best interest of the Department of Education.
If the successful bidder shall fail to obtain and supply sufficient stock within specified time constraints, the Department of Education reserves the right to declare the contractor in default and purchase the software from another source. Any increase in price between the new purchase price and the contracted price is to be charged to the contracted supplies.

**Discounts from Producer's/Licensee's catalog list prices that are quoted are to include shipping costs that would be incurred for shipments made within the five Boroughs of the City of New York.** In the event merchandise is to be delivered to schools or offices outside the limits of the City of New York, shipment shall be made F.O.B. bidder's place of business with transportation charges prepaid and added to invoice.

The Department reserves the right not to make an award to any person, firm or corporation that is in arrears or is in default to the New York City Department of Education and/or the State of New York and/or Federal Government upon any debt, contract or taxes. No bid will be accepted, or contract awarded to any person, firm, or corporation that is in arrears or is in default to the New York City Public School System, the City of New York or New York State.

**PURCHASE ORDERS:** No delivery shall become due or acceptable without an order in writing issued by the Director, Regional and School Base Procurements, Division of Contracts and Purchasing, or from the individual district or the individual school of the New York City Department of Education that has the authority and capability to issue orders directly to vendors. Orders, when issued, will contain instructions regarding point of delivery and invoicing procedures. Orders will be issued throughout the contract period(s) for such quantities as may be required.

**PATENT RIGHT: COPYRIGHT:** The Contractor shall be responsible for any claims made against the Department or the City for any infringement of patent rights or copyright arising from the sale, supply, or use of any patented or copyrighted supplies or equipment furnished or supplied under this contract. The Contractor shall defend, save harmless and indemnify the Department and/or the City for all costs, expenses and **damages, including attorney's fees, which** the Department or the City may be obligated to pay, or may otherwise suffer, by reason of any infringement of patent or copyrights resulting from such sale, delivery or use of said supplies or equipment.

**ESTIMATED QUANTITY:** The estimated quantity indicated in the schedule is an approximation of one year's requirements based on past experience and is not binding on the Board of Education. The Board of Education has the right to order any quantity which the Executive Director, Division of Contracts and Purchasing, deems necessary.

OMA Z0397                                                                    GROUP NUMBER 004

**PACKING:** All items are to be securely and carefully packed in uniform cartons with the same quantity contained in each carton. All cartons must be fully packed and constructed to protect contents while in transit. When shipping a chemical product, a Material Safety Data Sheet (MSDS) must be enclosed with each individual item. The weight of any one package shall not exceed 50 lbs. unless the product itself exceeds 50 lbs.

No charge will be allowed for cases, boxes, pallets, carboys, bottles, or for freight expenses, express or cartage. No empty packages, cases, boxes, pallets, carboys, bottles, etc. will be returned to the bidder or Contractor and none will be paid for by the Department of Education.

**USAGE REPORT (PURCHASE ORDERS):** Contractor may be required to submit a semi-annual report on orders placed against the contract. The report format shall contain the contractor's name, item number and term of contract at the top of the page. The report shall indicate the period of time covered by the report starting from the date the first order is received and ending with the date it is prepared. The report must be organized as follows:

| ITEM NUMBER | DESCRIPTION | UNIT OF ISSUE | QTY. ORDERED | COST | DELIVERY LOCATION |
| --- | --- | --- | --- | --- | --- |

Contractor may from time to time be requested to produce reports within a particular time frame, i.e. fiscal year. These reports must be furnished within seven (7) days of request.

These reports are to be forwarded to:

**Division of Contracts and Purchasing**
**Attn: Kay Robbins**
**65 Court Street Room 1202**
**Brooklyn, NY  11201**

**LIQUIDATED DAMAGES:** In case the Contractor shall fail to complete the delivery of said supplies and/or services hereunder in accordance with the specifications, terms, conditions and purchase order issued by the Director, Regional and School Base Procurements, Division of Contracts and Purchasing,, and to the satisfaction of the Director within the time stated, the Contractor shall and will, except as herein otherwise provided, pay to the Board an amount equal to two-fifths (2/5) of one percent (1%) of the contract value of the supplies specified in each order or portion of order so delayed for each and every day that the time consumed in said delay may exceed the time allowed herein for that purpose; which said sum, in view of the difficulty of ascertaining the loss which the Board or City will suffer by reason of delay in the delivery of said supplies hereunder hereby agreed upon, fixed and determined by the parties hereto as the liquidated damages the Board or the City will suffer by reason of said delay and default, and not by way of penalty; and the Comptroller of the City shall and may deduct and retain the amount of said liquidated damages out of the moneys which may be due or become due under this agreement, or any other agreement between the Contractor and the Board or City.

**LIQUIDATED DAMAGES FOR ADMINISTRATIVE COSTS OF THE BOARD OF EDUCATION:** In each instance where the Department of Education must take corrective action due to the failure of the vendor to perform in accordance with the contract, the Board will assess $250 payable by the vendor as a liquidated damage to cover the administrative cost of the Board. Such infractions include but are not limited to incorrect invoicing, unapproved substitution of product, failure to notify Division of Contracts and Purchasing of discontinuation of product or each instance in which the NYCBOE suspends or revokes approval for the Contractor to use an employee, agent or subcontractor in the performance of this Agreement due to unsatisfactory performance and/or conduct.
The Comptroller of the City shall and may deduct and retain the amount of said administrative fee out of moneys, which may become due under this agreement or any other agreement between the Contractor and the Board or City. The remedy provided for in this provision is in addition to any other remedies legally available to the Board under the contract or applicable law.

5

OMA Z0397                                                                                    GROUP NUMBER 004

## DEFAULT OF CONTRACT

The Department of Education shall have the right to declare the contractor in default of this contract if the contractor:

- violates any of the terms or conditions of this agreement;

- fails to provide and deliver the supplies and/or services, or any part thereof, ordered pursuant to this agreement, or fails to provide same in accordance within the time schedule(s) set forth;

- transfers or assigns this Agreement without the written consent of the Department of Education;

- executes this Agreement in bad faith;

- submits false or misleading documents to the Board in order to induce the award of this Agreement;

- accepts orders from schools, offices, units, bureaus, divisions etc., of the Department of Education for items not stipulated in this Agreement or any other current written Agreement with the Board;

- distributes sales or marketing literature to schools, offices, units, bureaus, divisions, etc., of the Board of Education without the written consent of the Executive Director, Division of Contracts and Purchasing;

- delivers supplies pursuant to this Agreement which are packaged other than as specified in this Agreement;

- submits any invoice for payment there under for any item which has not been delivered;

- delivers items found to be damaged, used or otherwise defective or deficient and fails to substitute conforming items within five (5) business days of notice of the problem;

- becomes insolvent or makes an assignment for the benefit of creditors pursuant to the statutes of the State of New York;

- is in arrears to the New York City Public School System, City or State of New York and/or Federal Government for taxes;

- has not obtained and maintained the insurance policies specified in this Agreement;

Upon a finding of default by the Department of Education, the Contractor may be barred from doing business with the Department of Education for a period of up to four (4) years and listed in the New York City Comptroller's VENDEX system of default contractors.

**WORKMANSHIP AND QUALITY**: The workmanship and quality of material specified shall be first quality and in accordance with the best standard trade practices. The Department of Education reserves the right to accept or reject any workmanship and/or quality whichever is deemed in the Board's best interest.

**INTERPRETATION:** To prevent all disputes, the Director shall, **consult with contractor, to reasonably** determine the acceptability of the service performed and shall **reasonably** determine all questions in relation to the service and shall in all cases **reasonably** determine every question, which may arise relative to the fulfillment of the contract. ~~The Director's estimate and decision shall be final, conclusive and binding upon the contractor.~~

**WRITTEN AGREEMENT:** The written agreement contains all the terms and conditions agreed upon by the parties hereto, and no other agreement, oral or otherwise, regarding the subject matter of this agreement shall be deemed to exist or to bind any of the parties hereto, or to vary any of the terms contained herein. For example, no arrangements, oral or written, may be made with an individual at the delivery site.

6

**OMA Z0397**                                                                    **GROUP NUMBER 004**

**NOTICE OF AWARD:** The mailing by the Board of Education of the City of New York to the undersigned bidder at the address herein specified on the Purchase Order, Notice of Award, or Acceptance of Bid for any of the items for which this bid is submitted shall constitute a contract between the Board of Education and the undersigned to furnish and deliver the items set forth in said Purchase Order, notice of award or acceptance of bid.  The successful bidder will acknowledge receipt by their notice of award or acceptance of bid within five (5) days after receipt of the form to be provided to them.

**CATALOG AND PRICE LIST:** Each bid for each producer/licensee's product line must be accompanied with a copy of the producer/licensee's latest complete catalog and price list showing each specific item bid upon. The catalogs/price lists must be labeled.  Such producer/licensee's catalog and price list will be the basis for ordering throughout the period of the contract. The successful bidder shall furnish as many additional copies of the producer/licensee's catalog and price list as may be requested by the Director, Regional and School Base Procurements, Division of Contracts and Purchasing, or authorized Agency or Bureau Head of the Department of Education.  If during the period of the contract the producer/licensee should issue and/or publish a revised price list, the Director, Regional and School Base Procurements, Division of Contracts and Purchasing may accept it, subject to approval.  However, the original discount terms shall remain in effect for the life of the contract.  Further the prices submitted at time of bid opening shall remain in effect for the term of the bid.

All producer/licensee's catalogs and price list must be those effective at the time of bid opening. After the awards of contract have been made the Department of Education will provide each contractor a listing of the approved titles by producer. It will be contractor's responsibility to provide the Division of Contracts and Purchasing with updated contract prices for each title within seven (7) days of receipt.  After verification these will be the prices for ordering.

**NEW MERCHANDISE:** Unless otherwise stated, deliveries must consist only of new and unused merchandise and of the latest manufacture.  No rebuilt, modified, refurbished or re-manufactured merchandise will be accepted unless specified.

**SALES AND MARKETING LITERATURE:** The successful bidder, upon Award of Contract, may choose to produce literature for distribution at his own expense to schools and offices for promotional purposes.

All such literature must be limited to the items awarded and must not misrepresent or mislead in any way.  Before distribution, the literature must be forwarded to the Director, Regional and School Base Procurements, Division of Contracts and Purchasing for review and approval.

Failure to comply with the above may result in the denial of payments and the bidder may also be declared an "Irresponsible Bidder" and found in default of contract.

**TIME CONSTRAINTS:** Time is of the essence in delivering all items contained on purchase orders issued pursuant to this contract.  Contractors are advised not to bid on this proposal unless they are able to perform the contract in strict accordance with the specified allowable time of delivery.  Failure to perform as specified may result in an administrative determination that a company is in default on its obligation and shall be deemed an irresponsible bidder thereby precluding it from bidding on future proposals for the New York City Department of Education.

**DISCONTINUED ITEMS:** The Department must be notified by the awarded vendor in writing of any items, which are to be discontinued by a producer.  This notification must be accompanied by verification from a producer. In addition the Department must receive delivery of any orders issued within 30 days prior to notification.

**CERTIFICATES OF DISCOUNT:**  Unless otherwise noted, bids will be deemed to cover the complete lines of items as listed in manufacturer's catalogs or price lists submitted with bids and all supplements.

**All price list and catalogs submitted must indicate original Producer/Licensee's prices.  Altered price lists and catalogs will not be accepted.**

**ADDITIONAL ITEMS:**  During the contract period, additional product line supplements not specified as items on the bid blanks may be accepted as additional contracted items.  The acceptance of product line supplements or additional items is at the discretion of the Director. A demonstration product, brochures, technical information including a sample may be evaluated by the Director before acceptance of supplemental items. Acceptable supplemental items may include items that become an upgrade of the goods or the services offered under this RFB. The Board of Education reserves the right not to award or add items for which prices are deemed high and not in the best interest of the Board of Education.

**OMA Z0397**                                                    **GROUP NUMBER 004**

**CATALOG MANAGEMENT TOOL:** After the contract is awarded software items must be submitted by the vendor through the CMT – Catalog Management Tool.  New items can be added to already existing inventory.  Existing items may be updated.  Once an item is approved through the CMT a hard copy of the software must be mailed to the IMRU for review.  All software reviewed is subject to a fee, to be paid by the vendor submitting the software.  Failure to submit payment will result in cancellation of contract.

**MICROCOMPUTER SOFTWARE REVIEW:** The Department of Education requires that all Microcomputer Software and Audio Visual Media materials are to be submitted and approved by the Division of Instructional Support, Instructional Materials Review Unit, 355 Park Avenue, Room 207, Brooklyn, N.Y. 11216, Telephone Number (718) 857-1283 prior to making them available to the school system.

**PLEASE NOTE:  This bid does not represent a complete listing of all producer licensee's of microcomputer software whose products have been reviewed and approved for their content by the New York City Department of Education. Future bids will contain additional producers.**

**Please note that if you cannot bid on any of the producer's in this bid, please return the no-bid response form in the envelope provided with this bid.**

**QUOTATIONS:**  Bidders shall indicate the percentage discount off catalog list price.  Distributor/Manufacturer's catalogs are unacceptable.

Bidders must specify on the bid blank the type of pricing schedule their percentage discount is based upon. (that is, retail pricing, educational pricing etc.) if no type is specified, we will assume the percentage discount applies to all pricing schedules of that particular producer.

Please note, however, that if educational or academic pricing is available at the time of bid opening for a particular producer, we expect the vendor to offer a percentage discount from that producer's educational pricing schedule.  Furthermore, if only the educational or academic price list or catalog is specified on that bid blank next to a particular producer the vendor must bid from that educational price list.  In such cases bids from any non-educational price list (e.g. consumer price) list will not be considered as part of the evaluation of low bidder for that producer.

The producers listed on the following bid blank are listed in accordance with the latest information available to this office.  It is recognized that producer's names may have changed, company mergers may have taken place and/or producers may have been subsumed or converged with other producers.  If the bid you are submitting falls into any of the aforementioned categories, you are requested to explain in detail by submitting a letter with your bid.

**CRIMINAL CHARGES:** Vendors submitting bids in response to this solicitation must disclose if there are any individuals employed by the company or consultants to the company that were convicted or indicted of any crime related to the antitrust laws in the past 10 years.  You may be barred from doing business with the Board of Education as a result of such indictment and/or conviction.

**CONFLICTS OF INTEREST**
A.        No non-governmental Contractor may have on its remunerative Board of Directors (or comparable body), employ or have under contract for services (1) any present full-time officer or employee of the City of New York or the Board of Education or any part-time officer or employee of the Board, or (2) any present full-time officer or employee of the city (including the Board of Education) on leave from the City or the Board or any part-time officer or employee of the Board currently on leave from the Board.  The Conflicts of Interest Board may grant waivers of this provision, if an employee or officer is not involved in the Contractor's business with the City or the Board.  Said waivers are discretionary and must be approved prior to the commencement of services by that individual.  The Board of Education's Ethics Officer must be contacted if an officer or employee wishes to request a waiver.

**OMA Z0397**                                                    **GROUP NUMBER 004**

## Conflicts of Interest (con't)

B.    No Board of Education officer or employee may serve as an unpaid member of a Board of Directors (or comparable body) of a non-governmental not-for-profit Contractor without the permission of the President of the Board of

C.    Education or the Chancellor. To obtain this permission, the officer or employee must contact the Board of Education's Ethics Officer. All other City officers or employees may serve as unpaid members of Boards of Directors (or comparable body) of a non-governmental not-for-profit Contractor, if the officer or employee has no involvement with the Contractor's business with the City or the Board.

D.    No officer or employee of the Board of Education, or the officer or employee's spouse/domestic partner or unemancipated child (ren) can have an ownership interest in the contractor, defined as an interest which exceeds five percent of the firm or an investment of $32,000 in cash or other form of commitment, whichever is less, and any lesser interest when the officer or employee or spouse, unemancipated child (ren), or domestic partner exercises managerial control or responsibility regarding any such firm. (12/2/99).

E.    No former officer or employee of the Board may appear before the Board on behalf of a non-governmental Contractor within one year of the former officer or employee's termination of service with the Board. An appearance before the Board includes all communications with the Board. However, a former employee of the Board is not prohibited from serving on a non-governmental Contractor's Board of directors (or comparable body), or from employment or contracting for services with the contractor, provided that the former employee does not appear before the Board within one year of the termination of service with the Board.

F.    No former officer or employee of the City (including the Board) may have any involvement on behalf of a non-governmental Contractor with any aspect of a contract, including services under that contract, if that former officer or employee was involved substantially and personally with any aspect of that contract while employed by the City. Any former City employee whose duties for the City or the Board involved a contract shall contact the New York City Conflicts of Interest Board for clarification before having any involvement with the contract on behalf of a non-governmental Contractor or any other private interest.

G.    The Contractor warrants that, other than a bona fide employee or contractor regularly working as a sales representative for the Contractor, no person, selling agency, or other entity has solicited or secured this Agreement, or has been employed or retained to do so, for a commission, percentage, brokerage fee or contingent fee.

H.    The Contractor shall not give, and warrants that it has not given or promised to give, any gift or thing of value to a community school Board member, school leadership team member or to any officer, employer or other person whose salary is payable in whole or part from Board or City funds, or other funds under this Agreement. The phrase "gift or thing of value" shall include, without limitation, money, tangible goods, services, loans, promises or negotiable instruments.

I.    If the Contractor violates any provision of this paragraph, the Board may, at its option: (1) cancel and terminate this Agreement and be relieved of all liability hereunder; (2) deduct all amounts paid by the Contractor or other value given by the Contractor in violation of this paragraph from payments made or to be made to the contractor under this or any other Agreement at any time; (3) require the refund of any funds paid hereunder; (4) any combination of the foregoing; or (5) any other action the Board deems necessary and appropriate as permitted by law. Any breach of the warranties or violation of the provisions of this paragraph shall be grounds to find the contractor or its principals as not a responsible bidder on other Board or city contracts.

J.    Provider shall adhere to the Central Board of Education policy on Conflicts of Interest, the Chancellor's Regulations on Conflicts of Interest, C-110, and the New York City charter provisions on Conflicts of Interest which are hereby incorporated by reference as if fully attached hereto.

J.    Provider shall upon the request of the Board, complete a Conflicts of Interest Statement and Disclosure Statement (Rev. 5/13/99).

**INQUIRIES: ADDRESS ALL QUESTIONS PERTAINING TO THIS BID PROPOSAL TO:**
Kay Robbins at E-Mail krobbin@schools.nyc.gov

**OMA Z0397**                                                                         **GROUP NUMBER 004**

<u>**PLEASE PRINT LEGIBLY IN INK**</u>

NAME OF COMPANY BIDDING     Pearson Education, Inc. publishing as Prentice Hall
_____

                                            Linda Osbun
CONTACT PERSON_____

                                     1 Lake Street
ADDRESS OF COMPANY BIDDING_____

      Upper Saddle River                New Jersey              07458
CITY_____STATE_____ZIP CODE_____

IS THIS A NEW ADDRESS          YES_____   NO_____

                                                        X

            973/208-3139          NYC Customer Service only:      NYC Customer Service: 1-800/716-0044
TELEPHONE NO._____800 NO.1-888-988-2113_____FAX NO._973/208-3139_ (Submissions and bid
                                                                         information)

                        Linda.osbun@pearson.com
E-MAIL ADDRESS_____

                                221603684
FEDERAL TAX IDENTIFICATION NUMBER_____

                               Linda Osbun
NAME OF PERSON FILLING OUT BID_____

      Adoption Administrator
TITLE_____

AUTHORIZED SIGNATURE_____
                          PRINCIPAL OF COMPANY           DATE

PRINT NAME_____

<u>THE ORIGINAL BID MUST BE RETURNED INTACT AND COMPLETED IN INK.</u>

<u>PHOTOCOPIES MAY NOT BE ACCEPTED</u>

WE ADVISE THAT YOU·MAKE A COPY OF THIS BID INVITATION FOR YOUR FILES.

DUPLICATES WILL NOT BE ISSUED.

OMA Z0397

**GROUP NUMBER 004**

DEPARTMENT OF EDUCATION
DIVISION OF CONTRACTS AND PURCHASING
**MANUFACTURER'S CERTIFICATE**
**PEARSON SOFTWARE**

THIS IS TO CERTIFY:

That we manufacturer the item or items offered in this proposal for bids herewith.  That the products offered and to be delivered are guaranteed to be first and in accordance with standards specified herein.

That in accordance with the pertinent paragraphs of the "Special instructions to Bidders", the products offered are to be delivered, are warranted to be free from any mechanical, electrical or electronic defects.

The bidder, whose name, address, signature and title appear below, is authorized to offer and supply the products to the Department of Education of the City of New York against this proposal for bid.

Pearson Education, Inc. publishing as Prentice Hall
1 Lake Street
Upper Saddle River, NJ 07458
Manufacturer's Name and Address

973/208-3139

_____
Manufacturer's Phone Number

By      _____
        Authorized Signature            Title

        _____
        Name (print or Type)            Date

**The above agreement and signature are subject to verification prior to award of contract**

**BIDDER'S CERTIFICATE**

THIS IS TO CERTIFY:

That we either maintain stock or guarantee that we are able to obtain stock as required of the products offered in the proposal for bids herewith which will permit performance in accordance with the conditions specified in this proposal for bids.

Pearson Education, Inc. publishing as Prentice Hall
1 Lake Street
Upper Saddle River, NJ 07458

_____
Bidder's Name and Address

_____

By      _____
        Authorized Signature            Title

        _____
        Name (print or Type)            Date

11

**OMA Z0397**

**GROUP NUMBER 004**

<u>**IMPORTANT**</u>

<u>**NO-BID RESPONSE FORM**</u>

IT IS NOT NECESSARY FOR THE BIDDERS WHO HAVE SUBMITTED BIDS ON THE PRODUCT(S) AND/OR SERVICES SPECIFIED HEREIN TO RETURN THIS FORM.

The New York City Department of Education is committed to programs and policies that will result in the procurement of supplies, equipment and services that meet the quality standards required by our educational institutions at the lowest possible prices consistent with those standards.

An important aspect of achieving this goal is to promote competitive bidding among as great number of qualified bidders as possible.

However, the preparation and mailing of Bid Request Packages is time-consuming and expensive.  In instances where bidders fail to respond, or notify the Department of Education of their future intentions, the preparation and mailing of the Bid Request Package represents an unnecessary expense to the Department of Education.

All bidders who respond with a "No Bid" response, or choose not to bid, are requested to provide the information requested below and return this form in the envelope provided, in time for the bid opening.

_____

REASONS FOR NOT BIDDING AT THIS TIME:_____

_____

_____

_____

DO YOU WISH TO RECEIVE BID REQUEST FOR THIS PARTICULAR PRODUCT OR SERVICE IN THE FUTURE?
        (   ) YES                  (   ) NO

*BIDDER NAME AND ADDRESS: _____

_____

_____

_____

SIGNED:_____TITLE:_____DATE:_____

TAB NO._____DATE OF BID OPENING: _____

*PLEASE CHECK HERE (   ) IF THIS ADDRESS IS A CORRECTION OF THE MAILING ADDRESS TO WHICH THIS BID PROPOSAL WAS ORIGINALLY MAILED.

<u>BID TITLE:</u> **Z0397 – Pearson Software**

**OMA Z0397**

**GROUP NUMBER 004**

**BID BLANK**

| Product Line | | % Discount |
|---|---|---|
| **Pearson Software** | | **Provide a percentage discount off of list price for product line: Redacted %**<br>*All prices in our catalogs reflect approximately a 25% educational discount except where noted by ** on the attached list.  This list replaces all previous lists.* |

Discount must be 20% or greater

13

# EXHIBIT F

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **TOM BEAN and DENNIS KUNKEL MICROSCOPY, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**PEARSON EDUCATION, INC.**<br><br>Defendant. | No. CV 11-08030 PCT PGR<br><br>**DECLARATION OF:**<br><br>**WILLIAM HESS** |

### DECLARATION OF William Hess

I, William Hess, hereby declare:

1.      I am currently employed as the Senior Vice President, Chief Financial Officer, School Division of Pearson Education, Inc. ("Pearson"), a publisher of educational textbooks and other materials.  I have been employed by Pearson since October 1995.

2.      I make this declaration in connection with the above-captioned litigation.  I have personal knowledge of the facts stated herein and if called as a witness would testify to those facts.

3.      If Pearson were required to retrieve and replace educational textbooks and other materials containing Plaintiffs' photographs that have not yet reached schools, it would incur significant burden and expense.

4.      This expense would include the cost of identifying and retrieving all materials containing the allegedly unlicensed photographs, redesigning the textbook layout, modifying any editorial content relating to the contested images, possibly securing approval of these changes from educational authorities, and reprinting and redistributing the replacement textbooks on an expedited basis.

5.      Limitations on printer capacity alone could impose an impediment to printing replacement textbooks on an expedited basis.  Even if adequate printer capacity

1   were available, it would be expensive.

2        6.      The proposed preliminary injunction also could result in penalties to

3   Pearson for failure to satisfy duties owed to educational authorities, including the loss of

4   prospective contracts with those authorities.  As a result, the proposed injunction could

5   jeopardize millions of dollars of revenue attributable to content other than Plaintiffs'

6   photographs.

7        I declare under penalty of perjury in accordance with 28 U.S.C. § 1746 that the

8   foregoing is true and correct.

9        Executed on this 15 day of March 2011.

10

11   _____

12                    [NAME]

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28