**WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Tom Bean, et al., | ) | CV 11-8030-PCT-PGR |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Pearson Education, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Before the Court is Plaintiffs' Motion for Extension of Time to File Response/Reply. (Doc. 35.) On March 22, 2011, Defendant filed a Motion to Dismiss Case. (Doc. 26.) On April 18, 2011, Plaintiffs having failed to respond to the motion, Defendant filed a Notice of Unopposed Motion to Dismiss Plaintiffs' Complaint. (Doc. 34.) In the present motion, filed April 19, Plaintiffs acknowledge that due to a "calendaring mistake" they failed to file a timely response to Defendant's motion to dismiss. (Doc. 35 at 3.) On April 28, Defendant filed a notice of non-opposition to Plaintiffs' motion for an extension. (Doc. 36.)

Accordingly,

**IT IS HEREBY ORDERED** granting Plaintiffs' Motion for Extension of Time to File Response/Reply (Doc. 35). The response Plaintiffs filed on April 19, 2011 (Doc. 35, Ex. A), is deemed filed as of that date.

DATED this 2nd day of May, 2011.

Paul G. Rosenblatt
United States District Judge