**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tom Bean, et al., | CV 11-8030-PCT-PGR |
| Plaintiffs, | |
| v. | **ORDER** |
| Pearson Education, Inc., | |
| Defendant. | |

Upon review of the parties' Joint Motion for Continuance of Pre-Trial Conference and Related Trial and Pre-Trial Deadlines, and good cause appearing,

IT IS HEREBY ORDERED that the Joint Motion (Doc. 145) is GRANTED.

IT IS FURTHER ORDERED vacating the pretrial conference set for July 23, 2012, the trial date of August 21, 2012, and the remaining deadlines set forth in the Court's Scheduling Order of January 5, 2012 (Doc. 106).

IT IS FURTHER ORDERED that oral argument on the parties' motions to compel is set for Tuesday, July 31, at 11:00 a.m.

DATED this 18th day of July, 2012.

Paul G. Rosenblatt
United States District Judge